James S. BRODIE; Larry A. Butcher; William A. Thompson; Randy Dutton, Plaintiffs–Appellees and Cross–Appellants,

v.

GENERAL CHEMICAL CORPORATION, a Delaware corporation, Defendant–Appellant and Cross–Appellee.

Nos. 94–8094, 94–8095.

United States Court of Appeals, Tenth Circuit.

June 11, 1996.

Before BRISCOE, COFFIN* and BARRETT, Circuit Judges.

Prior report: 74 F.3d 1248.

## ORDER

Appellant's motion to recall and modify the mandate is granted as it pertains to case number 94–8095. The order & judgment filed in appeal 94–8095 on January 12, 1996 is withdrawn. This does not affect any issues in 94–8094. The order & judgment is still in effect as to that part of these appeals. The mandate in number 94–8095 is recalled.

* The Honorable Frank M. Coffin, Senior Circuit Judge, United States Court of Appeals for the First Circuit, sitting by designation.